

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE MARLA BERKA,<br><br>Defendant. | Case: 1:23-cr-20449<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 08-02-2023 At 11:50 AM<br>SEALED MATTER (tt)<br><br>Violations:<br>18 U.S.C. § 922(a)(6) |

**INDICTMENT**

FILED
AUG 02 2023
U.S. DISTRICT COURT
FLINT, MICHIGAN

### THE GRAND JURY CHARGES:

### COUNT ONE
### FALSE STATEMENT DURING PURCHASE OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about March 11, 2022, in the Eastern District of Michigan, the defendant, MICHELLE MARLA BERKA, in connection with the acquisition of a firearm, a Masada, Model 9S, 9 mm caliber, semi-automatic pistol, from Showtime Guns & Ammo Sales, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictious written statement to Showtime Guns & Ammo Sales, as to a fact material to the lawfulness

1

of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm, when in fact, as the defendant then and there well knew, she was acquiring the firearm for another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
## FALSE STATEMENT DURING PURCHASE OF A FIREARM
## 18 U.S.C. § 922(a)(6)

On or about April 6, 2022, in the Eastern District of Michigan, the defendant, MICHELLE MARLA BERKA, in connection with the acquisition of a firearm, a Kalashnikov, Model K-12, 12 gauge shotgun, from Sheridan Arms, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictious written statement to Sheridan Arms, LLC, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm, when in fact, as the defendant then and there well knew, she was acquiring the firearm for another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

2

## COUNT THREE
### FALSE STATEMENT DURING PURCHASE OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about June 6, 2022, in the Eastern District of Michigan, the defendant, MICHELLE MARLA BERKA, in connection with the acquisition of a firearm, a Zatstava, Model Z-Pap M70, 7.62x39 mm caliber rifle, from Williams Gun Sight Co., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictious written statement to Williams Gun Sight Co., as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm, when in fact, as the defendant then and there well knew, she was acquiring the firearm for another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR
### FALSE STATEMENT DURING PURCHASE OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about August 8, 2022, in the Eastern District of Michigan, the defendant, MICHELLE MARLA BERKA, in connection with the acquisition of a firearm, a Galil, Model Ace Sar, .556 caliber rifle, from Sheridan Arms, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictious written statement to Sheridan Arms, LLC, as to

3

a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm, when in fact, as the defendant then and there well knew, she was acquiring the firearm for another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE
### FALSE STATEMENT DURING PURCHASE OF A FIREARM
### 18 U.S.C. § 922(a)(6)

On or about August 22, 2022, in the Eastern District of Michigan, the defendant, MICHELLE MARLA BERKA, in connection with the acquisition of a firearm, a Fostech, Model Tech-15, lower receiver, from Sheridan Arms, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictious written statement to Sheridan Arms, LLC, as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of said firearm, when in fact, as the defendant then

4

and there well knew, she was acquiring the firearm for another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THIS IS A TRUE BILL.**

                                                s/*Grand Jury Foreperson*
                                                GRAND JURY FOREPERSON

Dated:

DAWN N. ISON
United States Attorney


s/*Anthony P. Vance*　　　　　　　　　　s/*Katharine Hemann*
ANTHONY P. VANCE　　　　　　　　　　KATHARINE HEMANN
Assistant United States Attorney　　　　　Assistant United States Attorney
Chief – Branch Offices　　　　　　　　　101 First Street, Ste. 200
　　　　　　　　　　　　　　　　　　　　Bay City, Michigan 48708
　　　　　　　　　　　　　　　　　　　　Phone: (989)891-0363
　　　　　　　　　　　　　　　　　　　　Katharine.Hemann@usdoj.gov

Companion Case information MUST be completed by AU

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov |
|---|---|

Case: 1:23-cr-20449
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 08-02-2023 At 11:50 AM
SEALED MATTER (tt)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes          X No | AUSA's Initials: KH |

**Case Title:** USA v. Michelle Marla Berka

**County where offense occurred:** Huron County

**Check One:**   X **Felony**     ☐ **Misdemeanor**     ☐ **Petty**

    __x__ Indictment/_____ Information --- **no** prior complaint.
    ____ Indictment/_____ Information --- based upon prior complaint [Case number:]
    ____ Indictment/_____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:**                                                   **Judge:** _____

    ☐ Corrects errors; no additional charges or defendants.
    ☐ Involves, for plea purposes, different charges or adds counts.
    ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: August 2, 2023

Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: Katharine.hemann@usdoj.gov
Attorney Bar #:  WSBA #46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.